IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARK C. LANTHAM, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 9:23-CV-00070 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| GENCO FEDERAL CREDIT UNION, § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 12]. The Parties stipulate to dismiss this case with prejudice in its entirety.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 28th day of June, 2023.

_____
Michael J. Truncale
United States District Judge